IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MAURICIO MARTINEZ-DIAZ,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:12-CV-00243
CRIM. NO. 2:10-CR-00225(5)
JUDGE MARBLEY
MAGISTRATE JUDGE KING

### ORDER

On October 30, 2013, the United States Magistrate Judge recommended that this motion to vacate, filed pursuant to 28 U.S.C. § 2255, be dismissed. *Order and Report and Recommendation*, Doc. No. 216. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 216, is **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

Algenon L. Marbley
United States District Judge